E-filed on _____

**Samuel A. Schwartz. Esq.**
Name

**10985**
Bar Code #

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Address

**(702) 385-5544**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:    **Wishing Well Property Investments, LLC**
**Series 1**

Case No.: **15-10525-ABL**

Chapter: **11**

Trustee

Debtor(s)

# AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
   - ☒ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
   - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☒ Other: Creditors Holding 20 Largest Unsecured Claims

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on _____

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

**/s/ Danielle Roth**

Danielle Roth

**Debtor's Signature**

**Date:  02/17/2015**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Wishing Well Property Investments, LLC  Series 1**      Case No.    **15-10525-ABL**

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | **611 Zalataia Way**<br>**Las Vegas, NV**<br>**89031** | **Disputed** | **241,570.00**<br><br>**(115,000.00 secured)** |
| **Bank of America**<br>**Attn: Officer or Director**<br>**7105 Corporate Drive**<br>**Plano, TX 75024** | **Bank of America**<br>**Attn: Officer or Director**<br>**7105 Corporate Drive**<br>**Plano, TX 75024** | **6645 Hathersage Avenue**<br>**Las Vegas, NV**<br>**89139** | **Disputed** | **259,500.00**<br><br>**(145,000.00 secured)** |
| **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | **9076 Sage Thicket Avenue**<br>**Las Vegas, NV**<br>**89178** | **Disputed** | **398,500.00**<br><br>**(300,000.00 secured)** |
| **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | **Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063** | **9064 Salvatore Street**<br>**Las Vegas, NV**<br>**89148** | **Disputed** | **263,184.00**<br><br>**(170,000.00 secured)** |
| **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**c/o Nationstar Servicing**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**c/o Nationstar Servicing**<br>**Lewisville, TX 75067** | **6413 Capricorn Drive**<br>**Las Vegas, NV**<br>**89108** | **Disputed** | **193,000.00**<br><br>**(89,000.00 secured)** |
| **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**6023 Airport Road**<br>**Oriskany, NY 13424** | **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**6023 Airport Road**<br>**Oriskany, NY 13424** | **3154 Juanita Drive**<br>**Las Vegas, NV**<br>**89102** | **Disputed** | **161,500.00**<br><br>**(65,000.00 secured)** |
| **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**6023 Airport Road**<br>**Oriskany, NY 13424** | **Bank of New York Mellon**<br>**Attn: Officer or Director**<br>**6023 Airport Road**<br>**Oriskany, NY 13424** | **699 Shadwell Street**<br>**Las Vegas, NV**<br>**89178** | **Disputed** | **263,000.00**<br><br>**(180,000.00 secured)** |
| **Bayview Servicing**<br>**Attn: Officer or Director**<br>**4425 Ponce DE Leon Blvd.**<br>**Miami, FL 33146** | **Bayview Servicing**<br>**Attn: Officer or Director**<br>**4425 Ponce DE Leon Blvd.**<br>**Miami, FL 33146** | **10672 Medicine Bow Street**<br>**Las Vegas, NV**<br>**89183** | **Disputed** | **356,400.00**<br><br>**(270,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**       Case No.    **15-10525-ABL**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bayview Servicing**<br>**Attn: Officer or Director**<br>**4425 Ponce DE Leon Blvd.**<br>**Miami, FL 33146** | **Bayview Servicing**<br>**Attn: Officer or Director**<br>**4425 Ponce DE Leon Blvd.**<br>**Miami, FL 33146** | **850 Sloan F104**<br>**Las Vegas, NV 89110** | **Disputed** | **107,670.00**<br><br>**(35,000.00 secured)** |
| **Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | **Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | **7475 Desert Lupine Street**<br>**Las Vegas, NV 89139** | **Disputed** | **250,397.00**<br><br>**(165,000.00 secured)** |
| **Green Tree Servicing**<br>**Attn: Officer or Director**<br>**345 St. Peter Street**<br>**Saint Paul, MN 55102** | **Green Tree Servicing**<br>**Attn: Officer or Director**<br>**345 St. Peter Street**<br>**Saint Paul, MN 55102** | **6740 Fort Benton Road**<br>**Las Vegas, NV 89122** | **Disputed** | **234,307.00**<br><br>**(155,000.00 secured)** |
| **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **421 Violetta Avenue**<br>**North Las Vegas, NV 89031** | **Disputed** | **208,000.00**<br><br>**(130,000.00 secured)** |
| **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **6418 Hayden Peak Lane**<br>**Las Vegas, NV 89156** | **Disputed** | **192,000.00**<br><br>**(115,000.00 secured)** |
| **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **4831 White Jade Street**<br>**North Las Vegas, NV 89081** | **Disputed** | **281,500.00**<br><br>**(148,000.00 secured)** |
| **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **721 Biltmore Avenue**<br>**Las Vegas, NV 89101** | **Disputed** | **161,000.00**<br><br>**(39,000.00 secured)** |
| **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **Nationstar Mortgage**<br>**Attn: Officer or Director**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | **7973 Firethorn Lane**<br>**Las Vegas, NV 89123** | **Disputed** | **230,000.00**<br><br>**(110,000.00 secured)** |
| **Ocwen Loan Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 785057**<br>**Orlando, FL 32878-5057** | **Ocwen Loan Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 785057**<br>**Orlando, FL 32878-5057** | **10155 Sequoia Canyon Place**<br>**Las Vegas, NV 89148** | **Disputed** | **313,600.00**<br><br>**(215,000.00 secured)** |
| **SPS Servicing**<br>**Attn: Officer or Director**<br>**3815 West Temple**<br>**Salt Lake City, UT 84115** | **SPS Servicing**<br>**Attn: Officer or Director**<br>**3815 West Temple**<br>**Salt Lake City, UT 84115** | **3509 Benson Lane**<br>**North Las Vegas, NV 89032** | **Disputed** | **195,200.00**<br><br>**(110,000.00 secured)** |
| **US Bank**<br>**Attn: Officer or Director**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201-5229** | **US Bank**<br>**Attn: Officer or Director**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201-5229** | **8820 Adobe Grande Street**<br>**Las Vegas, NV 89131** | **Disputed** | **377,700.00**<br><br>**(299,000.00 secured)** |
| **US Bank**<br>**Attn: Officer or Director**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201-5229** | **US Bank**<br>**Attn: Officer or Director**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201-5229** | **9428 Amber Valley Lane**<br>**Las Vegas, NV 89134** | **Disputed** | **306,000.00**<br><br>**(230,000.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Wishing Well Property Investments, LLC  Series 1**                     Case No.   **15-10525-ABL**
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **February 18, 2015**                          Signature   **/s/ Danielle Roth**
                                                    **Danielle Roth**
                                                    **Manager**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re __Wishing Well Property Investments, LLC  Series 1__ ,
Debtor

Case No. __15-10525-ABL__

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 6,403,026.00 | | |
| B - Personal Property | Yes | 4 | 59,973.48 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 26 | | 9,408,441.92 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 99,664.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 6,462,999.48 | | |
| Total Liabilities | | | | 9,508,105.95 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Wishing Well Property Investments, LLC  Series 1**                                  ,        Case No.    **15-10525-ABL**

Debtor

Chapter                                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Wishing Well Property Investments, LLC  Series 1**                            ,     Case No.   **15-10525-ABL**
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8820 Adobe Grande Street**<br>**Las Vegas, NV 89131** | **Fee Simple** | - | **299,000.00** | **378,210.21** |
| **9428 Amber Valley Lane**<br>**Las Vegas, NV 89134** | **Fee Simple** | - | **230,000.00** | **306,423.00** |
| **3509 Benson Lane**<br>**North Las Vegas, NV 89032** | **Fee Simple** | - | **110,000.00** | **195,200.00** |
| **721 Biltmore Avenue**<br>**Las Vegas, NV 89101** | **Fee Simple** | - | **39,000.00** | **161,000.00** |
| **3067 Cantabria Ct.**<br>**Las Vegas, NV 89141** | **Fee Simple** | - | **170,000.00** | **240,540.00** |
| **2103 Capestone Street**<br>**Las Vegas, NV 89134** | **Fee Simple** | - | **210,000.00** | **248,963.00** |
| **6413 Capricorn Drive**<br>**Las Vegas, NV 89108** | **Fee Simple** | - | **89,000.00** | **193,000.00** |
| **7475 Desert Lupine Street**<br>**Las Vegas, NV 89139** | **Fee Simple** | - | **165,000.00** | **250,397.00** |
| **9120 Entrancing Avenue**<br>**Las Vegas, NV 89149** | **Fee Simple** | - | **130,000.00** | **176,594.00** |
| **7973 Firethorn Lane**<br>**Las Vegas, NV 89123** | **Fee Simple** | - | **110,000.00** | **230,000.00** |
| **6740 Fort Benton Road**<br>**Las Vegas, NV 89122** | **Fee Simple** | - | **155,000.00** | **234,307.00** |
| **7703 Gatsby House Street**<br>**Las Vegas, NV 89166** | **Fee Simple** | - | **190,000.00** | **242,833.00** |

Sub-Total >       **1,897,000.00**        (Total of this page)

__2__   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                                    ,    Case No.    **15-10525-ABL**
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6645 Hathersage Avenue**<br>**Las Vegas, NV 89139** | **Fee Simple** | - | **145,000.00** | **259,500.00** |
| **6418 Hayden Peak Lane**<br>**Las Vegas, NV 89156** | **Fee Simple** | - | **115,000.00** | **192,000.00** |
| **5120 Jewel Canyon Drive**<br>**Las Vegas, NV 89122** | **Fee Simple** | - | **94,162.00** | **110,810.00** |
| **1110 Jewel Springs Lane**<br>**North Las Vegas, NV 89081** | **Fee Simple** | - | **213,000.00** | **213,204.21** |
| **3154 Juanita Drive**<br>**Las Vegas, NV 89102** | **Fee Simple** | - | **65,000.00** | **163,120.00** |
| **6187 Meadow View Lane**<br>**Las Vegas, NV 89103** | **Fee Simple** | - | **80,000.00** | **136,000.00** |
| **6138 Meadow View Lane**<br>**Las Vegas, NV 89103** | **Fee Simple** | - | **80,000.00** | **101,520.00** |
| **10672 Medicine Bow Street**<br>**Las Vegas, NV 89183** | **Fee Simple** | - | **270,000.00** | **356,557.50** |
| **7722 Montefrio Avenue**<br>**Las Vegas, NV 89113** | **Fee Simple** | - | **180,000.00** | **249,700.00** |
| **58 Moonrise Way**<br>**Henderson, NV 89074** | **Fee Simple** | - | **123,000.00** | **177,000.00** |
| **6982 Positano Hill Avenue**<br>**Las Vegas, NV 89178** | **Fee Simple** | - | **225,000.00** | **231,115.00** |
| **4836 Pounding Surf Avenue**<br>**Las Vegas, NV 89131** | **Fee Simple** | - | **247,500.00** | **248,175.00** |
| **9076 Sage Thicket Avenue**<br>**Las Vegas, NV 89178** | **Fee Simple** | - | **300,000.00** | **399,157.00** |
| **9064 Salvatore Street**<br>**Las Vegas, NV 89148** | **Fee Simple** | - | **170,000.00** | **263,184.00** |
| **10155 Sequoia Canyon Place**<br>**Las Vegas, NV 89148** | **Fee Simple** | - | **215,000.00** | **313,600.00** |
| | | Sub-Total > | **2,522,662.00** | (Total of this page) |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                          ,          Case No.   **15-10525-ABL**
                                                                  Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2759 Serenidad Drive**<br>**Las Vegas, NV 89123** | **Fee Simple** | - | **130,000.00** | **143,490.00** |
| **699 Shadwell Street**<br>**Las Vegas, NV 89178** | **Fee Simple** | - | **180,000.00** | **263,000.00** |
| **8531 Shelly Road**<br>**Las Vegas, NV 89123** | **Fee Simple** | - | **210,000.00** | **215,000.00** |
| **7593 Slipstream Street**<br>**Las Vegas, NV 89139** | **Fee Simple** | - | **205,000.00** | **239,100.00** |
| **850 Sloan F104**<br>**Las Vegas, NV 89110** | **Fee Simple** | - | **35,000.00** | **177,750.00** |
| **7556 Spanish Bay Drive**<br>**Las Vegas, NV 89113** | **Fee Simple** | - | **540,000.00** | **540,000.00** |
| **144 Spinnaker Drive**<br>**Henderson, NV 89015** | **Fee Simple** | - | **120,364.00** | **120,364.00** |
| **421 Violetta Avenue**<br>**North Las Vegas, NV 89031** | **Fee Simple** | - | **130,000.00** | **208,000.00** |
| **4904 Whistling Acres Avenue**<br>**Las Vegas, NV 89131** | **Fee Simple** | - | **170,000.00** | **236,351.00** |
| **4831 White Jade Street**<br>**North Las Vegas, NV 89081** | **Fee Simple** | - | **148,000.00** | **281,707.00** |
| **611 Zalataia Way**<br>**Las Vegas, NV 89031** | **Fee Simple** | - | **115,000.00** | **241,570.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,983,364.00** | (Total of this page) |
| Total > | **6,403,026.00** |  |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Wishing Well Property Investments, LLC  Series 1**                                ,    Case No.    **15-10525-ABL**
                                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wishing Well Property Investments, LLC Series 1** **Prime Checking Account No. ending in 0559** | - | 2,775.68 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 2,775.68 |
| (Total of this page) | |

  **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Wishing Well Property Investments, LLC  Series 1_____,    Case No.    __15-10525-ABL_____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Danielle Carter-Adams - rents due, fees, utilities | - | 908.56 |
| | | Lakeisha Miller- rents due | - | 2,000.00 |
| | | Christina Delpino - rents due | - | 2,300.00 |
| | | Dottie Eason - rents due, late fees, utilities, repairs | - | 10,243.53 |
| | | Maniyani Henderson- rents due | - | 4,780.00 |
| | | Rina Burton - rents due, late fees, utilities | - | 6,348.25 |
| | | Michael Echevarria - rents due, late fees | - | 2,765.00 |
| | | Nia Shawpri Griffin - rents due, late fees, utilities | - | 15,332.46 |
| | | Louis Vierra - rents due | - | 1,195.00 |
| | | Shenika Hamilton - rents due | - | 2,925.00 |
| | | Rodney Shackelford - rents due | - | 3,400.00 |
| | | Ryahnn Jefferson - rents due | - | 3,600.00 |
| | | Carol Camacho - rents due | - | 1,400.00 |

Sub-Total >    57,197.80
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                          ,    Case No.    **15-10525-ABL**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Nevada State Business License (Wishing Well Property Investments, LLC) License No.: NV20091548724** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Wishing Well Property Investments, LLC  Series 1**                              Case No.      **15-10525-ABL**
_____,                        _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Total >         **59,973.48**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Wishing Well Property Investments, LLC  Series 1**                              Case No.    **15-10525-ABL**
                                                                                    ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | HOA Lien | | | | | |
| **Azure Estates Owners Association, Inc.** **c/o LJS&G, Ltd.** **Attn: Officer or Director** **8945 W. Russell Road, Suite 330** **Las Vegas, NV 89148** | | - | **421 Violetta Avenue** **North Las Vegas, NV 89031** | | | | | |
| | | | Value $              130,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Second Deed of Trust | | | | | |
| **Bank Of America** **Attn: Officer or Director** **Attn: Bankruptcy** **Po Box 15710** **Wilmington, DE 19886-5710** | | - | **721 Biltmore Avenue** **Las Vegas, NV 89101** | | | | | |
| | | | Value $               39,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Second Deed of Trust | | | | | |
| **Bank Of America** **Attn: Officer or Director** **Attn: Bankruptcy** **Po Box 15710** **Wilmington, DE 19886-5710** | | - | **2103 Capestone Street** **Las Vegas, NV 89134** | | | | | |
| | | | Value $              210,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Second Deed of Trust | | | | | |
| **Bank Of America** **Attn: Officer or Director** **Attn: Bankruptcy** **Po Box 15710** **Wilmington, DE 19886-5710** | | - | **6413 Capricorn Drive** **Las Vegas, NV 89108** | | | | | |
| | | | Value $               89,000.00 | | | | 0.00 | 0.00 |
| **25** continuation sheets attached | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                          ,        Case No.    **15-10525-ABL**
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No.<br><br>**Bank Of America**<br>**Attn: Officer or Director**<br>**Attn: Bankruptcy**<br>**Po Box 15710**<br>**Wilmington, DE 19886-5710** | - | | | | | **Second Deed of Trust**<br><br>**7475 Desert Lupine Street**<br>**Las Vegas, NV 89139**<br><br>Value $            **165,000.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxx6133**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | | **First Mortgage**<br><br>**7703 Gatsby House Street**<br>**Las Vegas, NV 89166**<br><br>Value $            **190,000.00** | | | X | **242,833.00** | **52,833.00** |
| Account No. **xxxxx2019**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**7105 Corporate Drive**<br>**Plano, TX 75024** | - | | | | | **First Mortgage**<br><br>**6645 Hathersage Avenue**<br>**Las Vegas, NV 89139**<br><br>Value $            **145,000.00** | | | X | **259,500.00** | **114,500.00** |
| Account No. **xxxx4867**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | | **First Mortgage**<br><br>**5120 Jewel Canyon Drive**<br>**Las Vegas, NV 89122**<br><br>Value $            **94,162.00** | | | X | **110,000.00** | **15,838.00** |
| Account No. **xxxxxx524-0**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | | **First Mortgage**<br><br>**6982 Positano Hill Avenue**<br>**Las Vegas, NV 89178**<br><br>Value $            **225,000.00** | | | X | **230,890.00** | **5,890.00** |

Sheet __1__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **843,223.00**      **189,061.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,          Case No.   **15-10525-ABL**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **1537** | | | | First Mortgage | | | | | |
| Bank of America Attn: Officer or Director 1800 Tapo Canyon Road Mail Code: CA6-914-01-65 Simi Valley, CA 93063 | | - | | 9076 Sage Thicket Avenue Las Vegas, NV 89178 | | | X | | |
| | | | | Value $               300,000.00 | | | | 398,500.00 | 98,500.00 |
| Account No. **xxxx0733** | | | | First Mortgage | | | | | |
| Bank of America Attn: Officer or Director 1800 Tapo Canyon Road Mail Code: CA6-914-01-65 Simi Valley, CA 93063 | | - | | 9064 Salvatore Street Las Vegas, NV 89148 | | | X | | |
| | | | | Value $               170,000.00 | | | | 263,184.00 | 93,184.00 |
| Account No. | | | | Second Deed of Trust | | | | | |
| Bank Of America Attn: Officer or Director Attn: Bankruptcy Po Box 15710 Wilmington, DE 19886-5710 | | - | | 850 Sloan F104 Las Vegas, NV 89110 | | | | | |
| | | | | Value $                35,000.00 | | | | 0.00 | 0.00 |
| Account No. **2108** | | | | First Mortgage | | | | | |
| Bank of America Attn: Officer or Director 450 American St. Mail Code: CA6-914-01-65 Simi Valley, CA 93065 | | - | | 144 Spinnaker Drive Henderson, NV 89015 | | | X | | |
| | | | | Value $               120,364.00 | | | | 120,364.00 | 0.00 |
| Account No. **xxxx2997** | | | | First Mortgage | | | | | |
| Bank of America Attn: Officer or Director 1800 Tapo Canyon Road Mail Code: CA6-914-01-65 Simi Valley, CA 93063 | | - | | 4904 Whistling Acres Avenue Las Vegas, NV 89131 | | | X | | |
| | | | | Value $               170,000.00 | | | | 236,000.00 | 66,000.00 |

Sheet   **2**   of **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)               1,018,048.00          257,684.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,        Case No.   **15-10525-ABL**
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxx2706**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | **First Mortgage**<br><br>**611 Zalataia Way**<br>**Las Vegas, NV 89031**<br><br>Value $          **115,000.00** | | | X | **241,570.00** | **126,570.00** |
| Account No.<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | **First Mortgage**<br><br>**7703 Gatsby House Street**<br>**Las Vegas, NV 89166**<br><br>Value $          **190,000.00** | | | X | **190,000.00** | **0.00** |
| Account No. **xxxxx3061**<br><br>**Bank Of America**<br>**Attn: Officer or Director**<br>**Attn: Bankruptcy**<br>**Po Box 15710**<br>**Wilmington, DE 19886-5710** | - | | | | **Second Deed of Trust**<br><br>**8820 Adobe Grande Street**<br>**Las Vegas, NV 89131**<br><br>Value $          **299,000.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxx3150**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | **3509 Benson Lane**<br>**North Las Vegas, NV 89032**<br><br>Value $          **110,000.00** | | | | **0.00** | **0.00** |
| Account No. **4299**<br><br>**Bank of America**<br>**Attn: Officer or Director**<br>**1800 Tapo Canyon Road**<br>**Mail Code: CA6-914-01-65**<br>**Simi Valley, CA 93063** | - | | | | **Second Deed of Trust**<br><br>**699 Shadwell Street**<br>**Las Vegas, NV 89178**<br><br>Value $          **180,000.00** | | | | **0.00** | **0.00** |

Sheet  **3**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **431,570.00** | **126,570.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,        Case No.    **15-10525-ABL**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **3174** <br><br> **Bank of America** <br> **Attn: Officer or Director** <br> **1800 Tapo Canyon Road** <br> **Mail Code: CA6-914-01-65** <br> **Simi Valley, CA 93063** | | - | | Second Deed of Trust <br><br> **144 Spinnaker Drive** <br> **Henderson, NV 89015** <br><br> Value $           **120,364.00** | | | | 0.00 | 0.00 |
| Account No. <br><br> **Bank of New York Mellon** <br> **Attn: Officer or Director** <br> **c/o Nationstar Servicing** <br> **350 Highland Drive** <br> **Lewisville, TX 75067** | | - | | First Mortgage <br><br> **6413 Capricorn Drive** <br> **Las Vegas, NV 89108** <br><br> Value $            **89,000.00** | | | X | 193,000.00 | 104,000.00 |
| Account No. <br><br> **Bank of New York Mellon** <br> **Attn: Officer or Director** <br> **6023 Airport Road** <br> **Oriskany, NY 13424** | | - | | First Mortgage <br><br> **1110 Jewel Springs Lane** <br> **North Las Vegas, NV 89081** <br><br> Value $           **213,000.00** | | | X | 213,000.00 | 0.00 |
| Account No. <br><br> **Bank of New York Mellon** <br> **Attn: Officer or Director** <br> **6023 Airport Road** <br> **Oriskany, NY 13424** | | - | | First Mortgage <br><br> **3154 Juanita Drive** <br> **Las Vegas, NV 89102** <br><br> Value $            **65,000.00** | | | X | 161,500.00 | 96,500.00 |
| Account No. <br><br> **Bank of New York Mellon** <br> **Attn: Officer or Director** <br> **6023 Airport Road** <br> **Oriskany, NY 13424** | | - | | Second Deed of Trust <br><br> **9076 Sage Thicket Avenue** <br> **Las Vegas, NV 89178** <br><br> Value $           **300,000.00** | | | | 0.00 | 0.00 |

Sheet __4__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 567,500.00 | 200,500.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Wishing Well Property Investments, LLC  Series 1__ ,    Case No. __15-10525-ABL__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | First Mortgage | | | | | |
| Bank of New York Mellon Attn: Officer or Director 6023 Airport Road Oriskany, NY 13424 | - | | | 2759 Serenidad Drive Las Vegas, NV 89123 | | | X | | |
| | | | | Value $            130,000.00 | | | | 142,950.00 | 12,950.00 |
| Account No. | | | | First Mortgage | | | | | |
| Bank of New York Mellon Attn: Officer or Director 6023 Airport Road Oriskany, NY 13424 | - | | | 699 Shadwell Street Las Vegas, NV 89178 | | | X | | |
| | | | | Value $            180,000.00 | | | | 263,000.00 | 83,000.00 |
| Account No. xx0496 | | | | First Mortgage | | | | | |
| Bayview Servicing Attn: Officer or Director 4425 Ponce DE Leon Blvd. Miami, FL 33146 | - | | | 10672 Medicine Bow Street Las Vegas, NV 89183 | | | X | | |
| | | | | Value $            270,000.00 | | | | 356,400.00 | 86,400.00 |
| Account No. | | | | First Mortgage | | | | | |
| Bayview Servicing Attn: Officer or Director 4425 Ponce DE Leon Blvd. Miami, FL 33146 | - | | | 850 Sloan F104 Las Vegas, NV 89110 | | | X | | |
| | | | | Value $            35,000.00 | | | | 107,670.00 | 72,670.00 |
| Account No. | | | | HOA Lien | | | | | |
| Briarwood Homeowners Assocation c/o The Management Trust Attn: Officer or Director 8485 W. Sunset Road, Suite 100 Las Vegas, NV 89113-2251 | - | | | 1110 Jewel Springs Lane North Las Vegas, NV 89081 | | | | | |
| | | | | Value $            213,000.00 | | | | 0.00 | 0.00 |

Sheet __5__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            870,020.00        255,020.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.   **15-10525-ABL**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | HOA Lien | | | | | |
| Briarwood Homeowners Association c/o Association Nevada South Attn: Officer or Director 3675 W. Cheyenne Ave., Suite 100 North Las Vegas, NV 89032 | - | | | 1110 Jewel Springs Lane North Las Vegas, NV 89081 | | | X | | |
| | | | | Value $              213,000.00 | | | | 204.21 | 204.21 |
| Account No. | | | | HOA Lien | | | | | |
| Century Meadows Homeowners Association 6118 Meadow Vista Lane Las Vegas, NV 89103 | - | | | 6187 Meadow View Lane Las Vegas, NV 89103 | | | | | |
| | | | | Value $               80,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | HOA Lien | | | | | |
| Century Meadows Homeowners Association 6118 Meadow Vista Lane Las Vegas, NV 89103 | - | | | 6138 Meadow View Lane Las Vegas, NV 89103 | | | X | | |
| | | | | Value $               80,000.00 | | | | 1,620.00 | 0.00 |
| Account No. xxxxxxxxxx0137 | | | | Second Mortgage | | | | | |
| Chase Bank Attn: Officer or Director P.O. Box 78035 Phoenix, AZ 85062-8035 | - | | | 7556 Spanish Bay Drive Las Vegas, NV 89113 | | | | | |
| | | | | Value $              540,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | Utility Lien | | | | | |
| City of Henderson Department of Finance Attn: Officer or Director 240 South Water Street Henderson, NV 89015 | - | | | 144 Spinnaker Drive Henderson, NV 89015 | | | | | |
| | | | | Value $              120,364.00 | | | | 0.00 | 0.00 |

Sheet  **6**   of  **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,824.21 | 204.21 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**
                                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xx0-022** | | | **2014** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **Utility Lien** **8820 Adobe Grande Street Las Vegas, NV 89131** | | | X | | |
| | | | Value $                299,000.00 | | | | 510.21 | 510.21 |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **9428 Amber Valley Lane Las Vegas, NV 89134** | | | | | |
| | | | Value $                230,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **721 Biltmore Avenue Las Vegas, NV 89101** | | | | | |
| | | | Value $                39,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **2103 Capestone Street Las Vegas, NV 89134** | | | | | |
| | | | Value $                210,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **6413 Capricorn Drive Las Vegas, NV 89108** | | | | | |
| | | | Value $                89,000.00 | | | | 0.00 | 0.00 |

Sheet  **7**   of **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                510.21                510.21

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,   Case No.   **15-10525-ABL**
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **9120 Entrancing Avenue Las Vegas, NV 89149** | | | | | |
| | | | Value $            **130,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **7703 Gatsby House Street Las Vegas, NV 89166** | | | | | |
| | | | Value $            **190,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Officer or Director P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **6982 Positano Hill Avenue Las Vegas, NV 89178** | | | | | |
| | | | Value $            **225,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **4836 Pounding Surf Avenue Las Vegas, NV 89131** | | | | | |
| | | | Value $            **247,500.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **City of Las Vegas Sewer Services Department of Finance Attn: Director or Officer P.O. Box 748022 Los Angeles, CA 90074-8022** | - | | **4904 Whistling Acres Avenue Las Vegas, NV 89131** | | | | | |
| | | | Value $            **170,000.00** | | | | **0.00** | **0.00** |

Sheet  **8**   of  **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)              **0.00**              **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.   **15-10525-ABL**
_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Utility Lien | | | | | |
| City of North Las Vegas Utility Department Attn: Officer or Director 2250 Las Vegas Blvd., N. North Las Vegas, NV 89030 | - | | | 1110 Jewel Springs Lane North Las Vegas, NV 89081 | | | | | |
| | | | | Value $            213,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | Utility Lien | | | | | |
| Clark County Water Reclamation District Attn: Officer or Director 5857 East Flamingo Road Las Vegas, NV 89122-5598 | - | | | 5120 Jewel Canyon Drive Las Vegas, NV 89122 | | | | | |
| | | | | Value $             94,162.00 | | | | 0.00 | 0.00 |
| Account No. | | | | HOA Lien | | | | | |
| Crescendo at Silver Springs HOA c/o Thoroughbred Management Attn: Officer or Director 2555 W. Cheyenne Avenue North Las Vegas, NV 89032 | - | | | 5120 Jewel Canyon Drive Las Vegas, NV 89122 | | | X | | |
| | | | | Value $             94,162.00 | | | | 810.00 | 810.00 |
| Account No. | | | | HOA Lien | | | | | |
| Desert Crest Homeowners Association c/o Mesa Management Attn: Officer or Director 9512 W. Flamingo Road #102 Las Vegas, NV 89147 | - | | | 9064 Salvatore Street Las Vegas, NV 89148 | | | | | |
| | | | | Value $            170,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | Second Deed of Trust | | | | | |
| Deutsche Bank National Trust Attn: Officer or Director c/o One West Bank FSB 888 E. Walnut Street Pasadena, CA 91101 | - | | | 10155 Sequoia Canyon Place Las Vegas, NV 89148 | | | | | |
| | | | | Value $            215,000.00 | | | | 0.00 | 0.00 |

Sheet   **9**   of   **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            810.00            810.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**    ,    Case No.    **15-10525-ABL**
         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **7697** | | | | | First Mortgage | | | | | |
| **Deutsche Bank National Trust Attn: Officer or Director c/o One West Bank FSB 888 E. Walnut Street Pasadena, CA 91101** | | - | | | 8531 Shelly Road Las Vegas, NV 89123 | | | X | | |
| | | | | | Value $         210,000.00 | | | | 215,000.00 | 5,000.00 |
| Account No. | | | | | Lien | | | | | |
| **Extreme Concrete Attn: Officer or Director 3570 W. Dewey Drive Las Vegas, NV 89118** | | - | | | 2759 Serenidad Drive Las Vegas, NV 89123 | | | | | |
| | | | | | Value $         130,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | HOA Lien | | | | | |
| **Galena Point Association C/O The Corporation Truste Company of NV Attn Director or Officer 311 S. Division St. Carson City, NV 89703** | | - | | | 4831 White Jade Street North Las Vegas, NV 89081 | | | X | | |
| | | | | | Value $         148,000.00 | | | | 207.00 | 207.00 |
| Account No. | | | | | HELOC | | | | | |
| **GE Money Bank Attn: Officer or Director P.O. Box 960061 Orlando, FL 32896** | | - | | | 6418 Hayden Peak Lane Las Vegas, NV 89156 | | | X | | |
| | | | | | Value $         115,000.00 | | | | 0.00 | 0.00 |
| Account No. **xxxxx4988** | | | | | First Mortgage | | | | | |
| **Green Tree Servicing Attn: Officer or Director P.O. Box 6176 Rapid City, SD 57709-6176** | | - | | | 7475 Desert Lupine Street Las Vegas, NV 89139 | | | X | | |
| | | | | | Value $         165,000.00 | | | | 250,397.00 | 85,397.00 |

Sheet  **10**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 465,604.00 | 90,604.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                         ,     Case No.   **15-10525-ABL**
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5208**<br><br>**Green Tree Servicing**<br>**Attn: Officer or Director**<br>**345 St. Peter Street**<br>**Saint Paul, MN 55102** | - | | **First Mortgage**<br><br>**6740 Fort Benton Road**<br>**Las Vegas, NV 89122**<br><br>Value $          **155,000.00** | | | X | **234,307.00** | **79,307.00** |
| Account No. **#xxxxx5076**<br><br>**Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | - | | **First Mortgage**<br><br>**6187 Meadow View Lane**<br>**Las Vegas, NV 89103**<br><br>Value $           **80,000.00** | | | X | **136,000.00** | **56,000.00** |
| Account No. **xxxxx6363**<br><br>**Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | - | | **First Mortgage**<br><br>**7722 Montefrio Avenue**<br>**Las Vegas, NV 89113**<br><br>Value $          **180,000.00** | | | X | **249,700.00** | **69,700.00** |
| Account No. **xxxxx0816**<br><br>**Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | - | | **First Mortgage**<br><br>**58 Moonrise Way**<br>**Henderson, NV 89074**<br><br>Value $          **123,000.00** | | | X | **177,000.00** | **54,000.00** |
| Account No. **xxxxx8526**<br><br>**Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | - | | **First Mortgage**<br><br>**4836 Pounding Surf Avenue**<br>**Las Vegas, NV 89131**<br><br>Value $          **247,500.00** | | | X | **247,500.00** | **0.00** |

Sheet  **11**   of  **25**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**1,044,507.00**      **259,007.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,      Case No.   **15-10525-ABL**
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **First Mortgage** | | | | | |
| **Green Tree Servicing** **Attn: Officer or Director** **P.O. Box 6176** **Rapid City, SD 57709-6176** | - | | | | **6138 Meadow View Lane** **Las Vegas, NV 89103** | | | | | |
| | | | | | Value $         **80,000.00** | | | | **99,900.00** | **21,520.00** |
| Account No. | | | | | **HOA Lien** | | | | | |
| **Green Valley South Owners Association** **c/o Taylor Association Management** **259 N. Pecos Road, Suite 100** **Henderson, NV 89074** | - | | | | **58 Moonrise Way** **Henderson, NV 89074** | | | | | |
| | | | | | Value $        **123,000.00** | | | | **0.00** | **0.00** |
| Account No. **9844** | | | | | **421 Violetta Avenue** **North Las Vegas, NV 89031** | | | | | |
| **Guaranty Bank** **4000 W. Brown Deer Road** **Attn: Loan Administration** **Milwaukee, WI 53209-1221** | - | | | | | | | | | |
| | | | | | Value $        **130,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | **HOA Lien** | | | | | |
| **Ideal Community Management, Inc.** **c/o Carmel Canyon** **Attn: Officer or Director** **6767 W. Tropicana Avenue, Suite 200** **Las Vegas, NV 89103** | - | | | | **8820 Adobe Grande Street** **Las Vegas, NV 89131** | | | | | |
| | | | | | Value $        **299,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | **Tax Lien** | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | | | **850 Sloan F104** **Las Vegas, NV 89110** | | | X | | |
| | | | | | Value $         **35,000.00** | | | | **69,000.00** | **69,000.00** |

Sheet __12__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **168,900.00** | **90,520.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                      ,    Case No.   **15-10525-ABL**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | HOA Lien | | | | | |
| **Iron Mountain Ranch** c/o RMI Management, LLC Attn: Officer or Director P.O. Box 509073 San Diego, CA 92150-9073 | - | | | | 4904 Whistling Acres Avenue Las Vegas, NV 89131 | | | X | | |
| | | | | | Value $            170,000.00 | | | | 351.00 | 351.00 |
| **Account No.** | | | | | Lien | | | | | |
| **JL Paint/Drywall** Attn: Officer or Director 4624 San Juan Avenue North Las Vegas, NV 89032 | - | | | | 2759 Serenidad Drive Las Vegas, NV 89123 | | | | | |
| | | | | | Value $            130,000.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | HOA Lien | | | | | |
| **Lynbrook Master Association** Attn: Officer or Director 5411 Farm Road Las Vegas, NV 89131 | - | | | | 4836 Pounding Surf Avenue Las Vegas, NV 89131 | | | X | | |
| | | | | | Value $            247,500.00 | | | | 675.00 | 675.00 |
| **Account No.** | | | | | Lien | | | | | |
| **Mark A. Jenkin, LTD.** Attn: Officer or Director 10120 S. Eastern Avenue #228 Henderson, NV 89052 | - | | | | 144 Spinnaker Drive Henderson, NV 89015 | | | | | |
| | | | | | Value $            120,364.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | HOA Lien | | | | | |
| **Mountains Edge Master Association** 5588 South Fort Apache, Suite 100 Las Vegas, NV 89148 | - | | | | 6982 Positano Hill Avenue Las Vegas, NV 89178 | | | | | |
| | | | | | Value $            225,000.00 | | | | 0.00 | 0.00 |

Sheet __13__ of __25__ continuation sheets attached to                      Subtotal                      | 1,026.00 | 1,026.00 |
Schedule of Creditors Holding Secured Claims                            (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wishing Well Property Investments, LLC  Series 1**                    ,          Case No.  **15-10525-ABL**
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | HOA Lien | | | | | |
| Mountains Edge Master Association Attn: Officer or Director 5588 South Fort Apache Road #100 Las Vegas, NV 89148 | - | | | | 9076 Sage Thicket Avenue Las Vegas, NV 89178 | | | | | |
| | | | | | Value $                300,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | | | 721 Biltmore Avenue Las Vegas, NV 89101 | | | X | | |
| | | | | | Value $                39,000.00 | | | | 161,000.00 | 122,000.00 |
| Account No. | | | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | | | 2103 Capestone Street Las Vegas, NV 89134 | | | X | | |
| | | | | | Value $                210,000.00 | | | | 248,000.00 | 38,000.00 |
| Account No. **xxxxx0313** | | | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | | | 7973 Firethorn Lane Las Vegas, NV 89123 | | | X | | |
| | | | | | Value $                110,000.00 | | | | 230,000.00 | 120,000.00 |
| Account No. **#xxxxxx6561** | | | | | 6418 Hayden Peak Lane Las Vegas, NV 89156 | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | | | | | | X | | |
| | | | | | Value $                115,000.00 | | | | 192,000.00 | 77,000.00 |

Sheet __14__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    | 831,000.00 | 357,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                        ,      Case No.   **15-10525-ABL**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | 421 Violetta Avenue North Las Vegas, NV 89031 | | | X | | |
| | | | Value $            130,000.00 | | | | 208,000.00 | 78,000.00 |
| Account No. | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | 4831 White Jade Street North Las Vegas, NV 89081 | | | X | | |
| | | | Value $            148,000.00 | | | | 281,500.00 | 133,500.00 |
| Account No. | | | First Mortgage | | | | | |
| Nationstar Mortgage Attn: Officer or Director 350 Highland Drive Lewisville, TX 75067 | - | | 7973 Firethorn Lane Las Vegas, NV 89123 | | | X | | |
| | | | Value $            110,000.00 | | | | 110,000.00 | 0.00 |
| Account No. **xxxxx5560** | | | First Mortgage | | | | | |
| Ocwen Loan Servicing Attn: Officer or Director P.O. Box 785057 Orlando, FL 32878-5057 | - | | 10155 Sequoia Canyon Place Las Vegas, NV 89148 | | | X | | |
| | | | Value $            215,000.00 | | | | 313,600.00 | 98,600.00 |
| Account No. | | | HOA Lien | | | | | |
| Pleasant Hills Condo Association 8311 W. Sunset Rd. Las Vegas, NV 89118 | - | | 6982 Positano Hill Avenue Las Vegas, NV 89178 | | | X | | |
| | | | Value $            225,000.00 | | | | 225.00 | 225.00 |

Sheet **15** of **25** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 913,325.00 | 310,325.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | | |
| Account No. | | | | **HOA Lien** | | | | | |
| **Pleasant Hills Homeowners Association c/o Pinnacle Community Association Mgmt.** Attn: Officer or Director 8311 W. Sunset Road, Suite 110 Las Vegas, NV 89113 | - | | | 850 Sloan F104 Las Vegas, NV 89110 | | | X | | |
| | | | | Value $              35,000.00 | | | | 1,080.00 | 1,080.00 |
| Account No. | | | | **Second Deed of Trust** | | | | | |
| **Recontrust Company, N.A.** Attn: Officer or Director 1800 Tapo Canyon Road CA6-914-01-94 Simi Valley, CA 93063 | - | | | 58 Moonrise Way Henderson, NV 89074 | | | | | |
| | | | | Value $             123,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Second Deed of Trust** | | | | | |
| **Republic Mortgage** Attn: Officer or Director 9580 W. Sahara Avenue, Ste. 180 Las Vegas, NV 89117 | - | | | 10672 Medicine Bow Street Las Vegas, NV 89183 | | | | | |
| | | | | Value $             270,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Utility Lien** | | | | | |
| **Republic Services** Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | 8820 Adobe Grande Street Las Vegas, NV 89131 | | | | | |
| | | | | Value $             299,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Utility Lien** | | | | | |
| **Republic Services** Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | 9428 Amber Valley Lane Las Vegas, NV 89134 | | | | | |
| | | | | Value $             230,000.00 | | | | 0.00 | 0.00 |

Sheet __16__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,080.00 | 1,080.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Utility Lien** | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | | - | **721 Biltmore Avenue** **Las Vegas, NV 89101** | | | | | |
| | | | Value $            **39,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | | - | **3067 Cantabria Ct.** **Las Vegas, NV 89141** | | | | | |
| | | | Value $            **170,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | | - | **6413 Capricorn Drive** **Las Vegas, NV 89108** | | | | | |
| | | | Value $            **89,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | | - | **9120 Entrancing Avenue** **Las Vegas, NV 89149** | | | | | |
| | | | Value $            **130,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | **Utility Lien** | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | | - | **7973 Firethorn Lane** **Las Vegas, NV 89123** | | | | | |
| | | | Value $            **110,000.00** | | | | **0.00** | **0.00** |

Sheet __17__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **0.00**            **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wishing Well Property Investments, LLC  Series 1**              ,        Case No.   **15-10525-ABL**
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | | 6645 Hathersage Avenue Las Vegas, NV 89139 | | | | | |
| | | | | | Value $           145,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | | 5120 Jewel Canyon Drive Las Vegas, NV 89122 | | | | | |
| | | | | | Value $           94,162.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | | 3154 Juanita Drive Las Vegas, NV 89102 | | | | | |
| | | | | | Value $           65,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | | 7722 Montefrio Avenue Las Vegas, NV 89113 | | | | | |
| | | | | | Value $           180,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | - | | | | 58 Moonrise Way Henderson, NV 89074 | | | | | |
| | | | | | Value $           123,000.00 | | | | 0.00 | 0.00 |

Sheet  **18**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                      0.00             0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                         ,    Case No.   **15-10525-ABL**
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | | - | 6982 Positano Hill Avenue Las Vegas, NV 89178 | | | | | |
| | | | Value $            225,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | | - | 4836 Pounding Surf Avenue Las Vegas, NV 89131 | | | | | |
| | | | Value $            247,500.00 | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | | - | 9076 Sage Thicket Avenue Las Vegas, NV 89178 | | | | | |
| | | | Value $            300,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | | - | 9064 Salvatore Street Las Vegas, NV 89148 | | | | | |
| | | | Value $            170,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| Republic Services Attn: Officer or Director P.O. Box 98508 Las Vegas, NV 89193-8508 | | - | 2759 Serenidad Drive Las Vegas, NV 89123 | | | | | |
| | | | Value $            130,000.00 | | | | 0.00 | 0.00 |

Sheet __19__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          0.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Wishing Well Property Investments, LLC  Series 1**                          ,          Case No.  **15-10525-ABL**
                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Lien | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | - | | **699 Shadwell Street** **Las Vegas, NV 89178** | | | | | |
| | | | Value $          **180,000.00** | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89193-8508** | - | | **8531 Shelly Road** **Las Vegas, NV 89123** | | | | | |
| | | | Value $          **210,000.00** | | | | 0.00 | 0.00 |
| Account No. | | | Utility Lien | | | | | |
| **Republic Services** **Attn: Officer or Director** **P.O. Box 98508** **Las Vegas, NV 89138-8508** | - | | **4904 Whistling Acres Avenue** **Las Vegas, NV 89131** | | | | | |
| | | | Value $          **170,000.00** | | | | 0.00 | 0.00 |
| Account No. | | | HOA Lien | | | | | |
| **River Landing Homeowners Association** **c/o Desert HOA Management** **Attn: Officer or Director** **7477 W. Lake Mead Blvd., Suite 240** **Las Vegas, NV 89129** | - | | **144 Spinnaker Drive** **Henderson, NV 89015** | | | | | |
| | | | Value $          **120,364.00** | | | | 0.00 | 0.00 |
| Account No. xxxxxx2597 | | | First Mortgage | | | | | |
| **Select Portfolio Servicing** **Attn: Officer or Director** **3815 South West Temple** **Salt Lake City, UT 84115** | - | | **9120 Entrancing Avenue** **Las Vegas, NV 89149** | | | X | | |
| | | | Value $          **130,000.00** | | | | 176,000.00 | 46,000.00 |

Sheet **20** of **25** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 176,000.00 | 46,000.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __Wishing Well Property Investments, LLC  Series 1_____ ,    Case No. __15-10525-ABL__
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | HOA Lien | | | | | |
| Serenity Homeowners Association c/o Nevada Community Management Attn: Officer or Director 9440 W. Sahara, Suite 237 Las Vegas, NV 89117 | - | | | | 2759 Serenidad Drive Las Vegas, NV 89123 | | | X | | |
| | | | | | Value $        130,000.00 | | | | 540.00 | 540.00 |
| Account No. | | | | | HOA Lien | | | | | |
| Silverado Court Landscape Maintenance c/o Firstservice Residential Nevada, LLC Attn: Officer or Director 8290 Arville Street Las Vegas, NV 89139 | - | | | | 10672 Medicine Bow Street Las Vegas, NV 89183 | | | X | | |
| | | | | | Value $        270,000.00 | | | | 157.50 | 157.50 |
| Account No. | | | | | HOA Lien | | | | | |
| Sonora Hills Homeowners Association c/o Nevada Community Management, LLC 9440 W. Sahara, Suite 237 Las Vegas, NV 89117 | - | | | | 7722 Montefrio Avenue Las Vegas, NV 89113 | | | | | |
| | | | | | Value $        180,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | HOA Lien | | | | | |
| Southern Highlands Community Assoc. c/o OMS Attn: Officer or Director P.O. Box 60939 Los Angeles, CA 90060-0939 | - | | | | 3067 Cantabria Ct. Las Vegas, NV 89141 | | | X | | |
| | | | | | Value $        170,000.00 | | | | 540.00 | 0.00 |
| Account No. #xxxxxx3438□□ | | | | | First Mortgage | | | | | |
| SPS Servicing Attn: Officer or Director 3815 West Temple Salt Lake City, UT 84115 | - | | | | 3509 Benson Lane North Las Vegas, NV 89032 | | | X | | |
| | | | | | Value $        110,000.00 | | | | 195,200.00 | 85,200.00 |

Sheet __21__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 196,437.50 | 85,897.50 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**
                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | HOA Lien | | | | | |
| **Summerlin North Community Association** Attn: Officer or Director 2120 Snow Trail Lane Las Vegas, NV 89124 | | - | | | 9428 Amber Valley Lane Las Vegas, NV 89134 | | | X | | |
| | | | | | Value $        230,000.00 | | | | 423.00 | 423.00 |
| Account No. | | | | | HOA Lien | | | | | |
| **Sun City Summerlin Community Assoc.** Attn: Officer or Director 9107 Del Webb Boulevard Las Vegas, NV 89134 | | - | | | 2103 Capestone Street Las Vegas, NV 89134 | | | X | | |
| | | | | | Value $        210,000.00 | | | | 963.00 | 963.00 |
| Account No. 3621 | | | | | HELOC | | | | | |
| **Suntrust Mortgage** Attn: Officer or Director 1001 Semmes Ave. Richmond, VA 23224 | | - | | | 3067 Cantabria Ct. Las Vegas, NV 89141 | | | | | |
| | | | | | Value $        170,000.00 | | | | 0.00 | 0.00 |
| Account No. 3613 | | | | | First Mortgage | | | | | |
| **Suntrust Mortgage** Attn: Officer or Director 1001 Semmes Ave. Richmond, VA 23224 | | - | | | 3067 Cantabria Court Las Vegas, NV 89141 | | | X | | |
| | | | | | Value $        170,000.00 | | | | 170,000.00 | 0.00 |
| Account No. | | | | | HOA Lien | | | | | |
| **Tapestry at Town Center Homeowners Assoc** c/o KDGO Holding Company Attn: Officer or Director 6655 S. Cimarron Road, Suite 200 Las Vegas, NV 89113 | | - | | | 9120 Entrancing Avenue Las Vegas, NV 89149 | | | X | | |
| | | | | | Value $        130,000.00 | | | | 594.00 | 594.00 |

Sheet __22__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 171,980.00 | 1,980.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    Case No.    **15-10525-ABL**
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **HOA Lien** | | | | | |
| **The Peaks Homeowners Association** **7384 Leek Street** **Las Vegas, NV 89156** | | | - | | **6645 Hathersage Avenue** **Las Vegas, NV 89139** | | | | | |
| | | | | | Value $               **145,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | **First Mortgage** | | | | | |
| **The Yandell Living Trust** **2961 Harbor Cove Drive** **Las Vegas, NV 89128** | | | - | | **7556 Spanish Bay Drive** **Las Vegas, NV 89113** | | | X | | |
| | | | | | Value $               **540,000.00** | | | | **540,000.00** | **0.00** |
| Account No. | | | | | **First Mortgage** | | | | | |
| **US Bank** **Attn: Officer or Director** **P.O. Box 5229** **Cincinnati, OH 45201-5229** | | | - | | **8820 Adobe Grande Street** **Las Vegas, NV 89131** | | | X | | |
| | | | | | Value $               **299,000.00** | | | | **377,700.00** | **78,700.00** |
| Account No. | | | | | **First Mortgage** | | | | | |
| **US Bank** **Attn: Officer or Director** **P.O. Box 5229** **Cincinnati, OH 45201-5229** | | | - | | **9428 Amber Valley Lane** **Las Vegas, NV 89134** | | | X | | |
| | | | | | Value $               **230,000.00** | | | | **306,000.00** | **76,000.00** |
| Account No. | | | | | **First Mortgage** | | | | | |
| **US Bank** **Attn: Officer or Director** **P.O. Box 5229** **Cincinnati, OH 45201-5229** | | | - | | **7593 Slipstream Street** **Las Vegas, NV 89139** | | | X | | |
| | | | | | Value $               **205,000.00** | | | | **239,100.00** | **34,100.00** |

Sheet  **23**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**1,462,800.00**          **188,800.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                ,        Case No.   **15-10525-ABL**
                                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **First Mortgage** | | | | | |
| **US Bank** Attn: Officer or Director P.O. Box 5229 Cincinnati, OH 45201-5229 | - | | | **3067 Cantabria Ct. Las Vegas, NV 89141** | | | X | | |
| | | | | Value $          170,000.00 | | | | 240,000.00 | 70,540.00 |
| Account No. | | | | **HOA Lien** | | | | | |
| **Villa Del Oro Owners Association c/o Community Management Group** Attn: Officer or Director 2450 Box Canyon Drive Las Vegas, NV 89128 | - | | | **3154 Juanita Drive Las Vegas, NV 89102** | | | X | | |
| | | | | Value $           65,000.00 | | | | 1,620.00 | 1,620.00 |
| Account No. | | | | **Second Deed of Trust** | | | | | |
| **Washington Mutual Mortgage/ Chase** Attn: Officer or Director Attention:  Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | - | | | **8531 Shelly Road Las Vegas, NV 89123** | | | | | |
| | | | | Value $          210,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Second Deed of Trust** | | | | | |
| **Wells Fargo** Attn: Officer or Director Po Box 60510 Los Angeles, CA 90060 | - | | | **9120 Entrancing Avenue Las Vegas, NV 89149** | | | | | |
| | | | | Value $          130,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | | **Second Deed of Trust** | | | | | |
| **West Star Loan Servicing Corp** 2340 Paseo del Prado Suite D-104 Las Vegas, NV 89126 | - | | | **1110 Jewel Springs Lane North Las Vegas, NV 89081** | | | | | |
| | | | | Value $          213,000.00 | | | | 0.00 | 0.00 |

Sheet  **24**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 241,620.00 | 72,160.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,        Case No.   **15-10525-ABL**
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | HOA Lien | | | | | |
| **Yellowstone at Mountains Edge** **Attn: Officer or Director** **10175 South Quarterhorse Lane** **Las Vegas, NV 89178** | - | | | | **9076 Sage Thicket Avenue** **Las Vegas, NV 89178** | | | X | | |
| | | | | | Value $                **300,000.00** | | | | **657.00** | **657.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **25** of **25** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **657.00** | **657.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **9,408,441.92** | **2,535,415.92** |

B6E (Official Form 6E) (4/13)

.

In re    **Wishing Well Property Investments, LLC  Series 1**                    Case No.    **15-10525-ABL**
_____,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Associated Community Association**<br>**P.O. Box 63125**<br>**Phoenix, AZ 85082** | | - | | **HOA Dues**<br>**7475 Desert Lupine Street**<br>**Las Vegas, NV 89139** | | | | 0.00 |
| Account No.<br><br>**Azure Estates Owners Association,**<br>**Inc.**<br>**c/o LJS&G, Ltd.**<br>**Attn: Officer or Director**<br>**8945 W. Russell Road, Suite 330**<br>**Las Vegas, NV 89148** | | - | | **HOA Dues**<br>**421 Violetta Avenue**<br>**North Las Vegas, NV 89031** | | | | 0.00 |
| Account No.<br><br>**Briarwood Homeowners Association**<br>**c/o Association Nevada South**<br>**Attn: Officer or Director**<br>**3675 W. Cheyenne Ave., Suite 100**<br>**North Las Vegas, NV 89032** | | - | | **HOA Dues**<br>**1110 Jewel Springs Lane**<br>**North Las Vegas, NV 89081** | | | X | 4,195.79 |
| Account No.<br><br>**Century Meadows HOA**<br>**c/o Bank of Nevada**<br>**P.O. Box 94076**<br>**Las Vegas, NV 89193** | | - | | **HOA Dues**<br>**6138 Meadow View Lane**<br>**Las Vegas, NV 89103** | | | | 0.00 |

__7__    continuation sheets attached

Subtotal
(Total of this page)    **4,195.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                          ,          Case No.   **15-10525-ABL**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | HOA Dues<br>6187 Meadow View Lane<br>Las Vegas, NV 89103 | | | | |
| Century Meadows Homeowners Association<br>6118 Meadow Vista Lane<br>Las Vegas, NV 89103 | - | | | | | | 0.00 |
| Account No. | | | HOA Dues<br>6138 Meadow View Lane<br>Las Vegas, NV 89103 | | | X | |
| Century Meadows Homeowners Association<br>6118 Meadow Vista Lane<br>Las Vegas, NV 89103 | - | | | | | | 7,880.00 |
| Account No. | | | HOA Dues<br>6740 Fort Benton Road<br>Las Vegas, NV 89122 | | | | |
| Copper Creek Estates<br>c/o Thoroughbred Management<br>2555 West Cheyenne Avenue<br>North Las Vegas, NV 89032 | | | | | | | 0.00 |
| Account No. | | | HOA Dues<br>5120 Jewel Canyon Drive<br>Las Vegas, NV 89122 | | | X | |
| Crescendo at Silver Springs HOA<br>c/o Thoroughbred Management<br>Attn: Officer or Director<br>2555 W. Cheyenne Avenue<br>North Las Vegas, NV 89032 | - | | | | | | 8,190.00 |
| Account No. | | | HOA Dues<br>9064 Salvatore Street<br>Las Vegas, NV 89148 | | | | |
| Desert Crest Homeowners Association<br>c/o Mesa Management<br>Attn: Officer or Director<br>9512 W. Flamingo Road #102<br>Las Vegas, NV 89147 | - | | | | | | 0.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,070.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                                    ,          Case No.    **15-10525-ABL**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Galena Point Association**<br>**C/O The Corporation Truste Company**<br>**of NV**<br>**Attn Director or Officer**<br>**311 S. Division St.**<br>**Carson City, NV 89703** | - | | **HOA Dues**<br>**4831 White Jade Street**<br>**North Las Vegas, NV 89081** | | | X | 493.00 |
| Account No.<br><br>**Green Valley South Owners**<br>**Association**<br>**c/o Taylor Association Management**<br>**259 N. Pecos Road, Suite 100**<br>**Henderson, NV 89074** | - | | **HOA Dues**<br>**58 Moonrise Way**<br>**Henderson, NV 89074** | | | | 0.00 |
| Account No.<br><br>**Hualapai Ridge HOA**<br>**c/o Terra West Mgmt. Services**<br>**2665 Rainbow Blvd., Ste, 200**<br>**Las Vegas, NV 89146** | - | | **HOA Dues**<br>**10155 Sequoia Canyon Place**<br>**Las Vegas, NV 89148** | | | | 0.00 |
| Account No.<br><br>**Iron Mountain Ranch**<br>**c/o RMI Management, LLC**<br>**Attn: Officer or Director**<br>**P.O. Box 509073**<br>**San Diego, CA 92150-9073** | - | | **HOA Dues**<br>**4904 Whistling Acres Avenue**<br>**Las Vegas, NV 89131** | | | X | 2,860.47 |
| Account No.<br><br>**Leach Jonhson Song & Gruchow**<br>**8945 W. Russell Road**<br>**Las Vegas, NV 89148** | - | | **Collections - 9428 Amber Valley Lane**<br>**Las Vegas, NV 89134** | | | | 0.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,353.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.    **15-10525-ABL**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | HOA Dues 4836 Pounding Surf Avenue Las Vegas, NV 89131 | | | | |
| Lynbrook Master Association Attn: Officer or Director 5411 Farm Road Las Vegas, NV 89131 | - | | | | | | X | |
| | | | | | | | | 4,486.01 |
| Account No. | | | | HOA Dues 7593 Slipstream Street Las Vegas, NV 89139 | | | | |
| Paseo III at Coronado Ranch, LMC P.O. Box 93625 Las Vegas, NV 89193 | - | | | | | | X | |
| | | | | | | | | 1,000.00 |
| Account No. | | | | HOA Dues 6982 Positano Hill Avenue Las Vegas, NV 89178 | | | | |
| Pleasant Hills Condo Association 8311 W. Sunset Rd. Las Vegas, NV 89118 | - | | | | | | X | |
| | | | | | | | | 2,722.00 |
| Account No. | | | | HOA Dues 850 Sloan F104 Las Vegas, NV 89110 | | | | |
| Pleasant Hills Homeowners Association c/o Pinnacle Community Association Mgmt. Attn: Officer or Director 8311 W. Sunset Road, Suite 110 Las Vegas, NV 89113 | - | | | | | | X | |
| | | | | | | | | 8,500.00 |
| Account No. | | | | HOA Dues 850 Sloan F104 Las Vegas, NV 89110 | | | | |
| Pleasant Hills Homeowners Association c/o Pinnacle Community Association Mgmt. Attn: Officer or Director 8311 W. Sunset Road, Suite 110 Las Vegas, NV 89113 | - | | | | | | X | |
| | | | | | | | | 7,420.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,128.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                    ,    Case No.   **15-10525-ABL**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | HOA Dues 8531 Shelly Road Las Vegas, NV 89123 | | | | |
| **Rancho Las Palmas** c/o Terra West Mgmt Services 2665 Rainbow Blvd. Ste. 200 Las Vegas, NV 89146 | - | | | | | | | 0.00 |
| Account No. | | | | HOA Dues 144 Spinnaker Drive Henderson, NV 89015 | | | | |
| **River Landing Homeowners Association** c/o Desert HOA Management Attn: Officer or Director 7477 W. Lake Mead Blvd., Suite 240 Las Vegas, NV 89129 | - | | | | | | | 0.00 |
| Account No. | | | | HOA Dues 7703 Gatsby House Street Las Vegas, NV 89166 | | | | |
| **Rosabella@Saratoga Highlands Providence HOA** 630 Trade Center Drive, Ste. 100 Las Vegas, NV 89119 | - | | | | | | X | 2,400.00 |
| Account No. | | | | HOA Dues 2759 Serenidad Drive Las Vegas, NV 89123 | | | | |
| **Serenity Homeowners Association** c/o Nevada Community Management Attn: Officer or Director 9440 W. Sahara, Suite 237 Las Vegas, NV 89117 | - | | | | | | X | 1,260.00 |
| Account No. | | | | HOA Dues 10672 Medicine Bow Street Las Vegas, NV 89183 | | | | |
| **Silverado Court Landscape Maintenance** c/o Firstservice Residential Nevada, LLC Attn: Officer or Director 8290 Arville Street Las Vegas, NV 89139 | - | | | | | | X | 1,570.86 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,230.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wishing Well Property Investments, LLC  Series 1**                          ,    Case No.    **15-10525-ABL**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Sonora Hills Homeowners Association c/o Nevada Community Management, LLC 9440 W. Sahara, Suite 237 Las Vegas, NV 89117** | - | | | **HOA Dues 7722 Montefrio Avenue Las Vegas, NV 89113** | | | | **0.00** |
| Account No.<br><br>**Southern Highlands Community Assoc. c/o OMS Attn: Officer or Director P.O. Box 60939 Los Angeles, CA 90060-0939** | - | | | **HOA Dues 3067 Cantabria Ct. Las Vegas, NV 89141** | | | X | **5,361.30** |
| Account No.<br><br>**Spanish Trail Master and Villas Assoc. Attention Directors and Officer 7495 W. Mission Hills Dr. Las Vegas, NV 89113** | - | | | **HOA Dues 7556 Spanish Bay Drive Las Vegas, NV 89113** | | | | **0.00** |
| Account No.<br><br>**Summerlin North Community Association Attn: Officer or Director 2120 Snow Trail Lane Las Vegas, NV 89124** | - | | | **HOA Dues 9428 Amber Valley Lane Las Vegas, NV 89134** | | | X | **2,711.00** |
| Account No.<br><br>**Sun City Summerlin Community Assoc. Attn: Officer or Director 9107 Del Webb Boulevard Las Vegas, NV 89134** | - | | | **HOA Dues 2103 Capestone Street Las Vegas, NV 89134** | | | X | **1,037.00** |

Sheet no.  __5__  of  __7__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,109.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wishing Well Property Investments, LLC  Series 1**                        ,    Case No.    **15-10525-ABL**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | HOA Dues 9120 Entrancing Avenue Las Vegas, NV 89149 | | | | |
| **Tapestry at Town Center Homeowners Assoc c/o KDGO Holding Company Attn: Officer or Director 6655 S. Cimarron Road, Suite 200 Las Vegas, NV 89113** | - | | | | | | 0.00 |
| Account No. | | | Legal Fees | | | | |
| **The Ball Law Group 3455 Cliff Shadows Pkwy, Ste 150 Las Vegas, NV 89129** | - | | | | | | 14,295.28 |
| Account No. | | | HOA Dues 3154 Juanita Drive Las Vegas, NV 89102 | | | | |
| **Villa Del Oro Owners Association c/o Community Management Group Attn: Officer or Director 2450 Box Canyon Drive Las Vegas, NV 89128** | - | | | | | X | 13,380.00 |
| Account No. | | | HOA Dues 699 Shadwell Street Las Vegas, NV 89178 | | | | |
| **Villas at Huntington HOA c/o First Service Residential 6080 Center Drive, #210 Los Angeles, CA 90045** | - | | | | | X | 8,244.32 |
| Account No. | | | HOA Dues 7475 Desert Lupine Street Las Vegas, NV 89139 | | | | |
| **Willow Trace Community Association 6625 Valley View Blvd., Ste. 310 Las Vegas, NV 89118** | - | | | | | X | 314.00 |

Sheet no. __6___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,233.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wishing Well Property Investments, LLC  Series 1**　　　　　,  Case No.  **15-10525-ABL**
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Yellowstone at Mountains Edge** <br>**Attn: Officer or Director** <br>**10175 South Quarterhorse Lane** <br>**Las Vegas, NV 89178** | - | | | **HOA Dues** <br>**9076 Sage Thicket Avenue** <br>**Las Vegas, NV 89178** | | | X | **1,343.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br>(Total of this page) | **1,343.00** |
|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **99,664.03** |

B6G (Official Form 6G) (12/07)

.

In re     **Wishing Well Property Investments, LLC  Series 1**                     ,     Case No.     **15-10525-ABL**
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alexandra & Dillon Hibler**<br>**6645 Hathersage Avenue**<br>**Las Vegas, NV 89139** | **Residential lease agreement** |
| **Alisa Littlejohn**<br>**9120 Entrancing Avenue**<br>**Las Vegas, NV 89149** | **Residential lease agreement** |
| **Amanda Veilleux**<br>**6138 Meadow View Lane**<br>**Las Vegas, NV 89103** | **Residential lease agreement** |
| **Andrew Nichols & Juliette Watkins**<br>**3067 Cantabria Court**<br>**Las Vegas, NV 89141** | **Residential lease agreement** |
| **Benigno and Rowenda Semana**<br>**10672 Medicine Bow Street**<br>**Las Vegas, NV 89183** | **Residential lease agreement** |
| **Christina Delpino**<br>**7703 Gatsby House**<br>**Las Vegas, NV 89166** | **Residential lease agreement** |
| **Christopher Pattillo & Katherine Thomas**<br>**3509 Benson Lane**<br>**North Las Vegas, NV 89032** | **Residential lease agreement** |
| **Clint Hartley**<br>**58 Moonrise Way**<br>**Henderson, NV 89074** | **Residential lease agreement** |
| **Dale and Christie Fielding**<br>**8820 Adobe Grande Street**<br>**Las Vegas, NV 89131** | **Residential lease agreement** |
| **Danilo Agapito & Ray Casimiro**<br>**7722 Montefrio Avenue**<br>**Las Vegas, NV 89113** | **Residential lease agreement** |
| **Guadalupe Camacho**<br>**6418 Hayden Peak Lane**<br>**Las Vegas, NV 89156** | **Residential lease agreement** |
| **Heather and Rory Neslund**<br>**9076 Sage Thicket Avenue**<br>**Las Vegas, NV 89178** | **Residential lease agreement** |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Wishing Well Property Investments, LLC  Series 1**                          Case No.    **15-10525-ABL**
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jerri Ray & Sal Sanchez**<br>**6187 Meadow View Lane**<br>**Las Vegas, NV 89103** | **Residential lease agreement** |
| **John A. Tighe, Jr. and John A. Tighe III**<br>**6740 Fort Benton Road**<br>**Las Vegas, NV 89122** | **Residential lease agreement** |
| **Julie Mays**<br>**1110 Jewel Springs Lane**<br>**North Las Vegas, NV 89081** | **Residential lease agreement** |
| **Lakeisha Miller**<br>**7475 Desert Lupine Street**<br>**Las Vegas, NV 89139** | **Residential lease agreement** |
| **Latanya Burton-Mickey**<br>**6138 Meadow View Lane**<br>**Las Vegas, NV 89103** | **Residential lease agreement** |
| **Louis Vierra**<br>**9064 Salvatore Street**<br>**Las Vegas, NV 89148** | **Residential lease agreement** |
| **Marie Correa**<br>**10155 Sequoia Canyon Place**<br>**Las Vegas, NV 89148** | **Residential lease agreement** |
| **Mario and Cathy Ballesteros**<br>**699 Shadwell Street**<br>**Las Vegas, NV 89178** | **Residential lease agreement** |
| **Raymond Griffin and Mykalann Hayes**<br>**850 Sloan F104**<br>**Las Vegas, NV 89110** | **Residential lease agreement** |
| **Robert Mayhew and Felicia Venturino**<br>**6982 Positano Hill Avenue**<br>**Las Vegas, NV 89178** | **Residential lease agreement** |
| **Robert Spurlock**<br>**5120 Jewel Canyon Drive**<br>**Las Vegas, NV 89122** | **Residential lease agreement** |
| **Sally Meyers**<br>**421 Violetta Avenue**<br>**North Las Vegas, NV 89031** | **Residential lease agreement** |
| **Shawn Felicio**<br>**4836 Pounding Surf Avenue**<br>**Las Vegas, NV 89131** | **Residential lease agreement** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

In re    **Wishing Well Property Investments, LLC  Series 1**                                ,    Case No.    **15-10525-ABL**

                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **William Nelson & Nancy Andrews**<br>**2759 Serenidad Drive**<br>**Las Vegas, NV 89123** | **Residential lease agreement** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Wishing Well Property Investments, LLC  Series 1_____,    Case No. ___15-10525-ABL_____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   __Wishing Well Property Investments, LLC  Series 1__      Case No.   __15-10525-ABL__
                       Debtor(s)            Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __48__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __February 18, 2015__           Signature   **/s/ Danielle Roth**
                                                **Danielle Roth**
                                              **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re  **Wishing Well Property Investments, LLC  Series 1**　　　　　　　　Case No.　**15-10525-ABL**

　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter　　**11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,200.00** | **2015 YTD** |
| **$202,078.00** | **2014** |
| **$5,075.00** | **2013** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

　　　　　　AMOUNT　　　　　　　　　　SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None  **Complete a. or b., as appropriate, and c.**
■

    a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None      b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
■      immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None      c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wishing Well Property Investments, LLC**<br>**7566 Spanish Bay Drive**<br>**Las Vegas, NV 89113**<br>  **Parent Company 100% owner** | **02/2014-12/2014** | **$73,351.25** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wishing Well Property Investments, LLC Series 2, a Nevada limited liability company, vs. Dottie Marie Eason.**<br>**Case No.: A-14-708113-C** | **Civil**<br>**(Landlord/Tenant )** | **District Court**<br>**Clark County, Nevada** | **Pending** |
| **Wishing Well Property Investments, LLC, Series 1, v. Office of the Clark County Recorder**<br>**Case No.: A-14-708859** | **Civil** | **District Court**<br>**Clark County, Nevada** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wishing Well Property Investments LLC Series 2, a Nevada Limited Liability Company v. U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank, a National Association, as Trustee for GSAA 2005-11; and DOES 1 through X, inclusive Case No.: A-14-709935-C** | Civil | **District Court Clark County, Nevada** | **Pending** |
| **Wishing Well Property Investments LLC Series 1, a Nevada Limited Liability Company vs. BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP; and DOES I through X, inclusive. Case No.: A-15-712-313-C** | Civil - Quiet Title | **District Court Clark County, Nevada** | **Pending** |
| **Wishing Well Property Investments LLC Series 2, a Nevada Limited Liability Company vs. Deutsche Bank National Trust Company, a Trustee for Holders of the Harborview 2004-11 Trust, a business entity of unknown origin; and DOES I through X Case No.: A-14-702861-C** | Civil | **District Court Clark County, Nevada** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo P.O. Box 5137 Des Moines, IA 50306** | **12/13/2013** | **2433 Cosmic Ray, Henderson, NV 89044 Value $205,000.00** |
| **Wells Fargo P.O. Box 5137 Des Moines, IA 50306** | **12/9/2013** | **3708 Smoking Gun Court, Las Vegas, NV 89129 Value: $175,000.00** |
| **Wells Fargo c/o America's Servicing Co. 101 N. Phillips Avenue Sioux Falls, SD 57104** | **3/18/2014** | **9108 Mackanos Avenue, Las Vegas, NV 89148 Value: $189,900** |
| **Nationstar Mortgage 350 Highland Drive Lewisville, TX 75067** | **11/7/2014** | **2318 Bahama Point, North Las Vegas, NV 89031 Value: $184,000** |
| **Citimortgage 1000 Technology Drive O Fallon, MO 63368** | **9/2/2014** | **2150 Point Mallard, Henderson, NV 89012 Value: $195,000** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Green Tree Servicing**<br>**Attn: Officer or Director**<br>**P.O. Box 6176**<br>**Rapid City, SD 57709-6176** | **1/20/2015** | **5701 Odessa Drive, Las Vegas, NV 89142**<br>**Value: $111,000** |

---

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schwartz Flansburg PLLC**<br>**6623 Las Vegas Blvd. South, Suite 300**<br>**Las Vegas, NV 89119** | **1/23/2015** | **$10,000.00** |

B7 (Official Form 7) (04/13)
5

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of Nevada**<br>**PO Box 26237**<br>**Las Vegas, NV 89126** | **Prime Checking Account**<br>**No. ending in 2050**<br>**Final balance: 0.00** | **Closed 09/08/2014** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sheila Roth** | **01/01/2014--Present** |
| **7566 Spanish Bay Drive** | |
| **Las Vegas, NV 89113** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)
8

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST                PERCENTAGE OF INTEREST
**Wishing Well Property Investments, LLC**                            **100%**
**7566 Spanish Bay Drive**
**Las Vegas, NV 89113**

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                     TITLE                            NATURE AND PERCENTAGE
                                                                     OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                DATE OF WITHDRAWAL

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                     TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                        DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR               OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                     VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 18, 2015**          Signature   **/s/ Danielle Roth**
                                                  **Danielle Roth**
                                                  **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of Nevada

In re    **Wishing Well Property Investments, LLC  Series 1**                    Case No.    **15-10525-ABL**

                                                                                                      Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

         For legal services, I have agreed to accept ............................................................    $           **10,000.00**

         Prior to the filing of this statement I have received ...........................................    $           **10,000.00**

         Balance Due ..................................................................................................    $                **0.00**

2.   $   **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

         ■  Debtor         ☐  Other (specify):

4.   The source of compensation to be paid to me is:

         ■  Debtor         ☐  Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

         ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
             copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
             **See The Schwartz Law Firm's detailed retention application for a description of the monies received and fees
             earned.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **February 18, 2015**                                    **/s/ Samuel A. Schwartz. Esq.**
                                                                                 **Samuel A. Schwartz. Esq. 10985**
                                                                                 **Schwartz Flansburg PLLC**
                                                                                 **6623 Las Vegas Blvd. South, Suite 300**
                                                                                 **Las Vegas, NV 89119**
                                                                                 **(702) 385-5544   Fax: (702) 385-2741**
                                                                                 **sam@schwartzlawyers.com**

---

Wishing Well Property Investments, LLC  Series 1
7566 Spanish Bay Drive
Las Vegas, NV 89113

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Nevada Department of Taxation
P.O. Box 52609
Phoenix, AZ 85072-2609

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Ace Van Patten, Esq.
Pite Duncan, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101

Alessi Koenig
9500 W. Flamingo Road
Suite 205
Las Vegas, NV 89147

Alexandra & Dillon Hibler
6645 Hathersage Avenue
Las Vegas, NV 89139

Alisa Littlejohn
9120 Entrancing Avenue
Las Vegas, NV 89149

Amanda Veilleux
6138 Meadow View Lane
Las Vegas, NV 89103

American Home Mtg Srv
Attn: Bankruptcy
P.O.Box 631730
Irving, TX 75063

Andrew Nichols & Juliette Watkins
3067 Cantabria Court
Las Vegas, NV 89141

Assessment Management Services
6655 Cimmaron Road
Las Vegas, NV 89113

Associated Community Association
P.O. Box 63125
Phoenix, AZ 85082

Azure Estates Owners Association, Inc.
c/o LJS&G, Ltd.
Attn: Officer or Director
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

Azure Estates Owners Association, Inc.
Attn: Officer or Director
5546 Camino Al Norte #2-453
North Las Vegas, NV 89031-0805

Bank Of America
Attn: Officer or Director
Attn: Bankruptcy
Po Box 15710
Wilmington, DE 19886-5710

Bank of America
Acct No xxxxx6133
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

```
Bank of America
Acct No xxxxx2019
Attn: Officer or Director
7105 Corporate Drive
Plano, TX 75024

Bank of America
Acct No xxxx4867
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No xxxxxx524-0
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No 1537
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No xxxx0733
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No 2108
Attn: Officer or Director
450 American St.
Mail Code: CA6-914-01-65
Simi Valley, CA 93065

Bank of America
Acct No xxxx2997
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No xxxxx2706
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063
```

Bank of America
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank Of America
Acct No xxxxx3061
Attn: Officer or Director
Attn: Bankruptcy
Po Box 15710
Wilmington, DE 19886-5710

Bank of America
Acct No xxxxx3150
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No 4299
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank of America
Acct No 3174
Attn: Officer or Director
1800 Tapo Canyon Road
Mail Code: CA6-914-01-65
Simi Valley, CA 93063

Bank Of America
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Bank Of America
Acct No #xxxxxx3438
Attn: Bankruptcy
Po Box 15710
Wilmington, DE 19886-5710

Bank Of America
Acct No 1244
Po Box 26078
Greensboro, NC 27420

Bank Of America
Acct No xxxxx5560
Po Box 26078
Greensboro, NC 27420

```
Bank Of America
Po Box 26078
Greensboro, NC 27420

Bank Of America
Acct No 0939
450 American St.
Simi Valley, CA 93065

Bank Of America
Acct No 4299
Po Box 26078
Greensboro, NC 27420

Bank Of America
Acct No 7697
450 American St.
Simi Valley, CA 93065

Bank Of America
Acct No 5597
Po Box 26078
Greensboro, NC 27420

Bank Of America
Acct No xxxxx0092
Po Box 26078
Greensboro, NC 27420

Bank Of America
Acct No 3174
450 American St
Simi Valley, CA 93065

Bank of America
Acct No xxxxx2496
PO Box 5170
Simi Valley, CA 93062

Bank of New York Mellon
Attn: Officer or Director
c/o Nationstar Servicing
350 Highland Drive
Lewisville, TX 75067

Bank of New York Mellon
Attn: Officer or Director
6023 Airport Road
Oriskany, NY 13424

Bayview Servicing
Acct No xx0496
Attn: Officer or Director
4425 Ponce DE Leon Blvd.
Miami, FL 33146
```

Bayview Servicing
Attn: Officer or Director
4425 Ponce DE Leon Blvd.
Miami, FL 33146

Benigno and Rowenda Semana
10672 Medicine Bow Street
Las Vegas, NV 89183

Briarwood Homeowners Assocation
c/o The Management Trust
Attn: Officer or Director
8485 W. Sunset Road, Suite 100
Las Vegas, NV 89113-2251

Briarwood Homeowners Association
c/o Association Nevada South
Attn: Officer or Director
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, NV 89032

Century Meadows HOA
c/o Bank of Nevada
P.O. Box 94076
Las Vegas, NV 89193

Century Meadows Homeowners Association
6118 Meadow Vista Lane
Las Vegas, NV 89103

Chase
Acct No 0788
PO Box 24696
Columbus, OH 43224

Chase Bank
Acct No xxxxxxxxxx0137
Attn: Officer or Director
P.O. Box 78035
Phoenix, AZ 85062-8035

Christina Delpino
7703 Gatsby House
Las Vegas, NV 89166

Christopher Pattillo & Katherine Thomas
3509 Benson Lane
North Las Vegas, NV 89032

City of Henderson
Department of Finance
Attn: Officer or Director
240 South Water Street
Henderson, NV 89015

City of Las Vegas Sewer Services
Acct No xxx-xx-xx0-022
Department of Finance
Attn: Director or Officer
P.O. Box 748022
Los Angeles, CA 90074-8022

City of Las Vegas Sewer Services
Department of Finance
Attn: Director or Officer
P.O. Box 748022
Los Angeles, CA 90074-8022

City of Las Vegas Sewer Services
Department of Finance
Attn: Officer or Director
P.O. Box 748022
Los Angeles, CA 90074-8022

City of North Las Vegas
Utility Department
Attn: Officer or Director
2250 Las Vegas Blvd., N.
North Las Vegas, NV 89030

Clark County Water Reclamation District
Attn: Officer or Director
5857 East Flamingo Road
Las Vegas, NV 89122-5598

Clint Hartley
58 Moonrise Way
Henderson, NV 89074

Copper Creek Estates
c/o Thoroughbred Management
2555 West Cheyenne Avenue
North Las Vegas, NV 89032

Cornerstone Community Mgmt. Association
P.O. Box 93625
Las Vegas, NV 89193

Crescendo at Silver Springs HOA
c/o Thoroughbred Management
Attn: Officer or Director
2555 W. Cheyenne Avenue
North Las Vegas, NV 89032

Cynthia Alexander, Esq.
Acct No x-xx-xxx935-C
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169

Cynthia L. Alexander, esq.
Acct No x-xx-xxx935-C
Taylor Anello, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169

Dale and Christie Fielding
8820 Adobe Grande Street
Las Vegas, NV 89131

Danilo Agapito & Ray Casimiro
7722 Montefrio Avenue
Las Vegas, NV 89113

Desert Crest Homeowners Association
c/o Mesa Management
Attn: Officer or Director
9512 W. Flamingo Road #102
Las Vegas, NV 89147

Desert HOA Mgmt Inc
PO Box 750639
Las Vegas, NV 89136

Deutsche Bank National Trust
Attn: Officer or Director
c/o One West Bank FSB
888 E. Walnut Street
Pasadena, CA 91101

Deutsche Bank National Trust
Acct No 7697
Attn: Officer or Director
c/o One West Bank FSB
888 E. Walnut Street
Pasadena, CA 91101

Everhome Mortgage
Acct No xxxxx6998
PO Box 2167
Jacksonville, FL 32232-0004

Extreme Concrete
Attn: Officer or Director
3570 W. Dewey Drive
Las Vegas, NV 89118

First Columbia Community Management
P.O. Box 28759
Las Vegas, NV 89126

First Columbia Community Management Co.
P.O. Box 28759
Las Vegas, NV 89126

First Service Residential
6080 Center Drive #210
Los Angeles, CA 90045

First Service Residential
6800 Center Drive #210
Los Angeles, CA 90045

Full Spectrum Lending
35 North Lake Ave.
Floor 3
Pasadena, CA 91101

Galena Point Association
C/O The Corporation Truste Company of NV
Attn Director or Officer
311 S. Division St.
Carson City, NV 89703

GE Money Bank
Attn: Officer or Director
P.O. Box 960061
Orlando, FL 32896

GE Money Bank
Acct No #xxxxxx6561
P.O. Box 960061
Orlando, FL 32896

Green Tree Servicing
Acct No xxxxx4988
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

Green Tree Servicing
Acct No xxxx5208
Attn: Officer or Director
345 St. Peter Street
Saint Paul, MN 55102

Green Tree Servicing
Acct No #xxxxx5076
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

Green Tree Servicing
Acct No xxxxx6363
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

```
Green Tree Servicing
Acct No xxxxx0816
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

Green Tree Servicing
Acct No xxxxx8526
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

Green Tree Servicing
Attn: Officer or Director
P.O. Box 6176
Rapid City, SD 57709-6176

Green Valley South HOA #1
259 N. Pecos Road, Ste. 100
Henderson, NV 89074

Green Valley South Owners Association
c/o Taylor Association Management
259 N. Pecos Road, Suite 100
Henderson, NV 89074

Gregory L. Wilde
Tiffany & Bosco
212 South Jones Blvd.
Las Vegas, NV 89107

Guadalupe Camacho
6418 Hayden Peak Lane
Las Vegas, NV 89156

Guaranty Bank
Acct No 9844
4000 W. Brown Deer Road
Attn: Loan Administration
Milwaukee, WI 53209-1221

Hampton & Hampton
8965 South Pecos Road, Ste. 9A
Henderson, NV 89074

Hampton & Hampton
8965 South Pecos Rd., Suite 9A
Henderson, NV 89074

Heather and Rory Neslund
9076 Sage Thicket Avenue
Las Vegas, NV 89178
```

Home Grown Mgmt Inc
Attn Director or Officer
5546 Camino A Norte
Ste 2-453
North Las Vegas, NV 89031

Hualapai Ridge HOA
c/o Terra West Mgmt. Services
2665 Rainbow Blvd., Ste, 200
Las Vegas, NV 89146

Ideal Community Management, Inc.
c/o Carmel Canyon
Attn: Officer or Director
6767 W. Tropicana Avenue, Suite 200
Las Vegas, NV 89103

Ideal Community Mgmt. Services
P.O. Box 94045
Las Vegas, NV 89193

Iron Mountain Ranch
c/o RMI Management, LLC
Attn: Officer or Director
P.O. Box 509073
San Diego, CA 92150-9073

Iron Mountain Ranch Landscape Maintenanc
c/o Firstservice Residential Nveada, LLC
Attn: Officer or Director
8290 Arville Street
Las Vegas, NV 89139

Jerri Ray & Sal Sanchez
6187 Meadow View Lane
Las Vegas, NV 89103

JL Paint/Drywall
Attn: Officer or Director
4624 San Juan Avenue
North Las Vegas, NV 89032

John A. Tighe, Jr. and John A. Tighe III
6740 Fort Benton Road
Las Vegas, NV 89122

Julie Mays
1110 Jewel Springs Lane
North Las Vegas, NV 89081

Lakeisha Miller
7475 Desert Lupine Street
Las Vegas, NV 89139

Latanya Burton-Mickey
6138 Meadow View Lane
Las Vegas, NV 89103

Leach Jonhson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148

Louis Bowes, Esq.
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Louis Vierra
9064 Salvatore Street
Las Vegas, NV 89148

Lynbrook Master Association
Attn: Officer or Director
5411 Farm Road
Las Vegas, NV 89131

Malcolm Cisneros,  A Law Corporation
Attn: Kevin Hahn/Nathan Smith
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

Marie Correa
10155 Sequoia Canyon Place
Las Vegas, NV 89148

Mario and Cathy Ballesteros
699 Shadwell Street
Las Vegas, NV 89178

Mark A. Jenkin, LTD.
Attn: Officer or Director
10120 S. Eastern Avenue #228
Henderson, NV 89052

McCarthy & Holthus, LLP
Kristin Schuler-Hintz, Sherry Moore
9510 W. Sahara Ave, Ste. 110
Las Vegas, NV 89117

Miles, Bauer, Bergstrom & Winters, LLP
2200 Paseo Verde Parkway
Suite 250
Henderson, NV 89052

Mountains Edge Master Association
5588 South Fort Apache, Suite 100
Las Vegas, NV 89148

Mountains Edge Master Association
Attn: Officer or Director
5588 South Fort Apache Road #100
Las Vegas, NV 89148

Natalie L. Winslow, Esq.
1160 Town Center Drive, Ste. 330
Las Vegas, NV 89144

National Association Services
6224 W. Desert Inn Rd
Suite A
Las Vegas, NV 89146

National Default Servicing Corporation
7720 N. 16th Street, Suite 300
Phoenix, AZ 85020

Nationstar Mortgage
Attn: Officer or Director
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage
Acct No xxxxx0313
Attn: Officer or Director
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage
Acct No #xxxxxx6561
Attn: Officer or Director
350 Highland Drive
Lewisville, TX 75067

Ocwen Loan Services
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing
Acct No xxxxx5560
Attn: Officer or Director
P.O. Box 785057
Orlando, FL 32878-5057

Olympia Management Services
11411 Southern Highlands Pkwy.
Suite 100
Las Vegas, NV 89141

Paseo III at Coronado Ranch, LMC
P.O. Box 93625
Las Vegas, NV 89193

Pinnacle Community Assn Mgmt
8311 W. Sunset Rd
Suite 110
Las Vegas, NV 89113

Pite Duncan, LLP
Atn: Anthony Sassi
520 S. 4th Street, Ste. 360
Las Vegas, NV 89101

Pleasant Hills Condo Association
8311 W. Sunset Rd.
Las Vegas, NV 89118

Pleasant Hills Homeowners Association
c/o Pinnacle Community Association Mgmt.
Attn: Officer or Director
8311 W. Sunset Road, Suite 110
Las Vegas, NV 89113

Principal Bank
711 High St
Des Moines, IA 50392

Quality Loan Service Corporation
Acct No xxx: xxx-xx-xx0-016
411 Ivy Street
San Diego, CA 92101

Rancho Las Palmas
c/o Terra West Mgmt Services
2665 Rainbow Blvd. Ste. 200
Las Vegas, NV 89146

Raymond Griffin and Mykalann Hayes
850 Sloan F104
Las Vegas, NV 89110

Real Manage
Attn Director or Officer
840 S. Rancho #4-726
Las Vegas, NV 89106

Recontrust Company, N.A.
Attn: Officer or Director
1800 Tapo Canyon Road
CA6-914-01-94
Simi Valley, CA 93063

Red Rock Financial Services
4775 W. Teco Avenue, Ste. 140
Las Vegas, NV 89118

Republic Mortgage
Attn: Officer or Director
9580 W. Sahara Avenue, Ste. 180
Las Vegas, NV 89117

Republic Services
Attn: Officer or Director
P.O. Box 98508
Las Vegas, NV 89193-8508

Republic Services
Attn: Officer or Director
P.O. Box 98508
Las Vegas, NV 89138-8508

River Landing Homeowners Association
c/o Desert HOA Management
Attn: Officer or Director
7477 W. Lake Mead Blvd., Suite 240
Las Vegas, NV 89129

Robert Mayhew and Felicia Venturino
6982 Positano Hill Avenue
Las Vegas, NV 89178

Robert Spurlock
5120 Jewel Canyon Drive
Las Vegas, NV 89122

Rosabella@Saratoga Highlands
Providence HOA
630 Trade Center Drive, Ste. 100
Las Vegas, NV 89119

Sally Meyers
421 Violetta Avenue
North Las Vegas, NV 89031

Select Portfolio Servicing
Acct No xxxxxx2597
Attn: Officer or Director
3815 South West Temple
Salt Lake City, UT 84115

Serenity Homeowners Association
c/o Nevada Community Management
Attn: Officer or Director
9440 W. Sahara, Suite 237
Las Vegas, NV 89117

Shawn Felicio
4836 Pounding Surf Avenue
Las Vegas, NV 89131

Silver State Trustees Services
1424 South Jones Blvd.
Las Vegas, NV 89146

Silverado Court Landscape Maintenance
c/o Firstservice Residential Nevada, LLC
Attn: Officer or Director
8290 Arville Street
Las Vegas, NV 89139

Sonora Hills Homeowners Association
c/o Nevada Community Management, LLC
9440 W. Sahara, Suite 237
Las Vegas, NV 89117

Southern Highlands Community Assoc.
c/o OMS
Attn: Officer or Director
P.O. Box 60939
Los Angeles, CA 90060-0939

Spanish Trail Master and Villas Assoc.
Attention Directors and Officer
7495 W. Mission Hills Dr.
Las Vegas, NV 89113

SPS Servicing
Acct No #xxxxxx3438
Attn: Officer or Director
3815 West Temple
Salt Lake City, UT 84115

Summerlin North Community Association
Attn: Officer or Director
2120 Snow Trail Lane
Las Vegas, NV 89124

Sun City Summerlin Community Assoc.
Attn: Officer or Director
9107 Del Webb Boulevard
Las Vegas, NV 89134

Suntrust Mortgage
Acct No 3621
Attn: Officer or Director
1001 Semmes Ave.
Richmond, VA 23224

Suntrust Mortgage
Acct No 3613
Attn: Officer or Director
1001 Semmes Ave.
Richmond, VA 23224

Tapestry at Town Center Homeowners Assoc
c/o KDGO Holding Company
Attn: Officer or Director
6655 S. Cimarron Road, Suite 200
Las Vegas, NV 89113

Taylor Association Mgmt.
259 N. Pecos Rd
Suite 100
Henderson, NV 89074

Terra West Property Managment Company
2655 South Rainbow Blvd. Suite 200
Las Vegas, NV 89146

The Ball Law Group
3455 Cliff Shadows Pkwy, Ste 150
Las Vegas, NV 89129

The Clarkson Law Group
23600 W. Sahara Avenue, Ste. 800
Las Vegas, NV 89102

The Clarkson Law Group
2300 W. Sahara Ave.
Suite 950
Las Vegas, NV 89102

The Peaks HOA
8966 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148

The Peaks Homeowners Association
7384 Leek Street
Las Vegas, NV 89156

The Yandell Living Trust
2961 Harbor Cove Drive
Las Vegas, NV 89128

Trustee Corps
3571 Red Rock Street, Ste. B
Las Vegas, NV 89103

US Bank
Attn: Officer or Director
P.O. Box 5229
Cincinnati, OH 45201-5229

Veriprise Processing Solutions, LLC
750 Hwy 121 BYP STE 100
Lewisville, TX 75067

Villa Del Oro Owners Association
c/o Community Management Group
Attn: Officer or Director
2450 Box Canyon Drive
Las Vegas, NV 89128

Villas at Huntington HOA
c/o First Service Residential
6080 Center Drive, #210
Los Angeles, CA 90045

Washington Mutual Mortgage/ Chase
Attn: Officer or Director
Attention:  Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

Wells Fargo
Attn: Officer or Director
Po Box 60510
Los Angeles, CA 90060

West Star Loan Servicing Corp
2340 Paseo del Prado
Suite D-104
Las Vegas, NV 89126

William Nelson & Nancy Andrews
2759 Serenidad Drive
Las Vegas, NV 89123

Willow Trace Community Association
6625 Valley View Blvd., Ste. 310
Las Vegas, NV 89118

Yellowstone at Mountains Edge
Attn: Officer or Director
10175 South Quarterhorse Lane
Las Vegas, NV 89178

Yellowstone at Mountains Edge
Attn: Officer or Director
5588 South Fort Apache Road #100
Las Vegas, NV 89148

Zachary T. Ball, Esq.
The Ball Law Group
3455 Cliff Shadows Parkway, Ste. 150
Las Vegas, NV 89129